# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WATTERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JULIE FRITCHER,<br><br>        Defendant. | Case No.: 1:17-cc-01020 - DAD - JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

The mid-discovery status conference is scheduled for January 22, 2018. (Doc. 14 at 3) This required the parties to file their status report by January 15, 2018. Id. This did not occur. Therefore, the Court **ORDERS**:

1. No later than **January 25, 2018**, the parties SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, they may file their status report;

2. The mid-discovery status conference, set on January 22, 2018 is continued to **February 2, 2018 at 8:30 a.m.**

IT IS SO ORDERED.

    Dated:   **January 18, 2018**              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE